where a verdict has been rendered, unless the same affects the jurisdiction of the court. *St.* 1852, *c.* 312, § 22.

*Exceptions overruled, with double costs, and nine per cent. interest from the time of the verdict.*

*J. B. Robb,* for the defendant.

*A. H. Fiske,* for the plaintiff.

———

CHARLES DEMOND, Administrator, *vs.* CITY OF BOSTON.

An action against a city or town, for damages to a person, occasioned by a defect in the highway, survives to the executor or administrator, under *St.* 1842, *c.* 89, § 1.

ACTION OF TORT, commenced by George Palmer, the plaintiff's intestate, to recover damages sustained by him from a defect in a highway in Boston, which the city was bound to keep in repair ; and after his death pending the suit, prosecuted by the plaintiff, who had been duly appointed administrator of his estate.

Upon the opening of the plaintiff's case, the defendants contended that the provision of *St.* 1842, *c.* 89, § 1, that the " action of trespass on the case for damage to the person" should survive, did not extend to this action, which, by *St.* 1850, *c.* 5, § 1, was " a special action of the case." *Bigelow,* J. overruled the objection, and, after a verdict for the plaintiff, reported the case to the full court.

*J. P. Healy,* (City Solicitor,) for the defendant.

*C. Demond, pro se.*

BY THE COURT. "A special action of the case" is trespass on the case. 1 Chit. Pl. (6th Amer. ed.) 152. 2 Chit. Pl. 596 *& seq.* *Judgment on the verdict.*